LUKE ELDERT, Respondent, *v.* THE LONG ISLAND ELECTRIC RAILWAY COMPANY, Appellant.

*Eldert* v. *Long Island Electric Ry. Co.,* 28 App. Div. 451, affirmed.
(Argued January 11, 1901; decided January 25, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 21, 1898, affirming a judgment of Special Term perpetually enjoining the defendant from maintaining an obstruction upon a public highway, known as Liberty avenue, in the county of Queens.

*William E. Stewart* for appellant.

*F. H. Van Vechten* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN and LANDON, JJ. Not voting: HAIGHT, J.